

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00092-CV

**Augusta Barge Company**

v.

**Five B's, Inc.**

NO. 07CV0920 IN THE 212TH DISTRICT COURT OF GALVESTON COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|:---:|:---:|:---:|:---:|:---:|
| MT FEE | $15.00 | 10/13/2014 | E-PAID | ANT |
| MT FEE | $15.00 | 10/10/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 09/09/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 01/10/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 12/17/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/25/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 11/21/2013 | E-PAID | APE |
| MT FEE | $10.00 | 11/21/2013 | E-PAID | APE |
| MT FEE | $10.00 | 10/31/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/31/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 10/02/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/02/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 09/27/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/27/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/19/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/18/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 09/18/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/13/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/06/2013 | E-PAID | ANT |

| | | | | |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 07/31/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 07/31/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 07/08/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 07/08/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 07/08/2013 | E-PAID | ANT |
| RPT RECORD | $2,300.00 | 06/07/2013 | | ANT |
| E-TXGOV FEE | $5.00 | 04/11/2013 | PAID | ANT |
| REPORTER'S RECORD | $300.00 | 04/03/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 03/26/2013 | PAID | ANT |
| CLERK'S RECORD | $342.00 | 03/26/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 03/26/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 03/26/2013 | E-PAID | ANT |
| FILING | $175.00 | 02/04/2013 | E-PAID | ANT |
| | | | PAID | |

---

## The costs incurred on appeal to the First Court of Appeals Houston, Texas are $3,322.00.

---

*Court costs in this case have been taxed in this Court's judgment*

---

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this May 22, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**